UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Wimpye,
    Plaintiff,

    v.         Case No. 1:11cv844
        (Litkovitz, M.J. ; J. Weber)

AK Steel,
    Defendant.

## ORDER

Please take notice that the telephone status conference currently set for July 3, 2012 at 2:00 pm is hereby **VACATED.**

It is so ordered.

 6/20/2012         **s/Karen L. Litkovitz**
Date         Karen L. Litkovitz
        United States Magistrate Judge

cc:  Pro-se Plaintiff, All counsel
bac  June 20, 2012