# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RICHARD WIMPYE,

        **Plaintiff**

    v.                C-1-11-844

CHRIS WEBB/AK STEEL,

        **Defendants**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 20) and plaintiff's objections thereto (doc. nos. 25 and 28). The Magistrate Judge concluded that defendant Webb is an employee of AK Steel and cannot be considered to be plaintiff's employer for Title VII purposes. The Magistrate Judge, therefore, recommended that defendant Webb's Motion for Judgment on the Pleadings (doc. no. 10) be granted and that plaintiff's Title VII claims against defendant Webb be dismissed.

Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law.

## CONCLUSION

Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Magistrate Judge.

Accordingly, the Court hereby ADOPTS AND INCORPORATES BY REFERENCE HEREIN the Report and Recommendation of the United States Magistrate Judge (doc. no. 20). Defendant Webb's Motion for Judgment on the Pleadings (doc. no. 10) is GRANTED and plaintiff's Title VII claims against defendant Webb are DISMISSED.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                  s/Herman J. Weber
                                      Herman J. Weber, Senior Judge
                                      United States District Court